RECEIVED&FILED
CLERK'S OFFICE

JUL 24 2013

US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[1] WILLIAM RIVERA SUAREZ,<br>[2] ALEXIS NEGRON ORTIZ,<br><br>Defendants. | INDICTMENT<br><br>CRIMINAL NO. 13-427 (FAB)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(a)(5)<br>18 U.S.C. § 1715<br>18 U.S.C. § 371<br>18 U.S.C. § 922(e)<br><br>FORFEITURE:<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>(FOUR COUNTS & ONE FORFEITURE ALLEGATION) |

THE GRAND JURY CHARGES:

COUNT ONE
Transportation Of Firearms To An Out-of-State Resident
(Title 18, United States Code, Section 922(a)(5))

On or about August 30, 2012, defendants,

[1] WILLIAM RIVERA SUAREZ,
[2] ALEXIS NEGRON ORTIZ,

aiding and abetting one another, not being licensed dealers, importers, manufacturers, and collectors of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly transport in interstate commerce from Kissimmee, Florida to the District of Puerto Rico, firearms, as defined in Title 18, United States Code, Section 921(a)(3), that are, one (1) Sig Sauer rifle, model M400, caliber .223, bearing serial number 20C022242, one (1) FEG rifle, model SA 2000M, caliber 7.62x39, bearing serial number DB4627H, one (1) FEG rifle, model SA 2000M, caliber 7.62x39, bearing serial number DN2173H, one (1) Glock pistol, model 27, caliber .40, bearing serial number FBM230US, one (1) Glock pistol, model 26, caliber

9mm, bearing serial number BWW130US, and one (1) Smith & Wesson pistol, model SW40VE, caliber .40, bearing serial number RAM4539, to Joseph Rivera, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Florida, the State in which the defendants resided at the time of the aforesaid transportation of the firearms, in violation of Title 18, United States Code, Sections 922(a)(5), 2, with penalties provided in Title 18, United States Code, Section 924(a)(1)(D).

## COUNT TWO
### Nonmailable Firearms
### (Title 18, United States Code, Section 1715)

On or about August 30, 2012, defendants,

**[1] WILLIAM RIVERA SUAREZ,**
**[2] ALEXIS NEGRON ORTIZ,**

aiding and abetting one another, knowingly deposited for mailing and delivery and knowingly caused to be delivered by mail via the United States Postal Service, firearms as that term is defined in Title 18, United States Code, Section 921(a)(3) capable of being concealed on the person, that are, one (1) Glock pistol, model 27, caliber .40, bearing serial number FBM230US, one (1) Glock pistol, model 26, caliber 9mm, bearing serial number BWW130US, and one (1) Smith & Wesson pistol, model SW40VE, caliber .40, bearing serial number RAM4539. All in violation of Title 18, United States Code, Sections 1715 and 2.

## COUNT THREE
### Conspiracy To Commit An Offense Against The United States
### (Title 18, United States Code, Section 371)

On or about August 30, 2012, defendants,

**[1] WILLIAM RIVERA SUAREZ,**
**[2] ALEXIS NEGRON ORTIZ,**

knowingly and willfully conspired and agreed to commit offenses against the United States, that is: the transportation of firearms to an out-of-state resident and to deposit firearms capable of being concealed on the person for mailing and delivery by the United States Postal Service in violation of Title 18, United States Code, Sections 922(a)(5) and 1715.

### Purpose & Object of the Conspiracy

It was the purpose and object of the conspiracy to ship firearms from Kissimmee, Florida to the District of Puerto Rico.

### Manner & Means of the Conspiracy

It was part of the conspiracy that defendant William Rivera would purchase the firearms and defendant Alexis Negron Ortiz would cause the firearms to be delivered by the United States Postal Service.

### Overt Act

In furtherance of the conspiracy and to achieve its objects, the defendant knowingly deposited in the United States Postal Service firearms, as defined in Title 18, United States Code, Section 921(a)(3), that are, one (1) Sig Sauer rifle, model M400, caliber .223, bearing serial number 20C022242, one (1) FEG rifle, model SA 2000M, caliber 7.62x39, bearing serial number DB4627H, one (1) FEG rifle, model SA 2000M, caliber 7.62x39, bearing serial number

DN2173H, one (1) Glock pistol, model 27, caliber .40, bearing serial number FBM230US, one (1) Glock pistol, model 26, caliber 9mm, bearing serial number BWW130US, and one (1) Smith & Wesson pistol, model SW40VE, caliber .40, bearing serial number RAM4539, on August 30, 2012.  All in violation of Title 18, United States Code, Section 371.

### COUNT FOUR
### Delivery Of Firearms By Common Carrier Without Notice
### (Title 18, United States Code, Section 922(e))

On or about August 30, 2012, defendants,

**[1] WILLIAM RIVERA SUAREZ,**
**[2] ALEXIS NEGRON ORTIZ,**

aiding and abetting one another, not being licensed dealers, importers, manufacturers, and collectors of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly delivered or caused to be delivered to the United States Postal Service for transportation in shipment in interstate or foreign commerce, a package containing firearms as that term is defined in Title 18, United States Code, Section 921(a)(3), that are one (1) Sig Sauer rifle, model M400, caliber .223, bearing serial number 20C022242, one (1) FEG rifle, model SA 2000M, caliber 7.62x39, bearing serial number DB4627H, one (1) FEG rifle, model SA 2000M, caliber 7.62x39, bearing serial number DN2173H, one (1) Glock pistol, model 27, caliber .40, bearing serial number FBM230US, one (1) Glock pistol, model 26, caliber 9mm, bearing serial number BWW130US, and one (1) Smith & Wesson pistol, model SW40VE, caliber .40, bearing serial number RAM4539, without written notice to the carrier that such firearms were being

transported in interstate and foreign commerce for delivery. All in violation of Title 18, United States Code, Sections 922(e), 2, with penalties provided in Title 18, United States Code, Section 924(a)(1)(D).

## FORFEITURE
### Firearms Forfeiture
(Title 18, United States Code, Section 924(d)(1) & Title 28, United States Code, Section 2461(c))

1. The allegations contained in Counts One and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in Counts One or Four of this Indictment,

**[1] WILLIAM RIVERA SUAREZ,**
**[2] ALEXIS NEGRON ORTIZ,**

the defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: are one (1) Sig Sauer rifle, model M400, caliber .223, bearing serial number 20C022242, one (1) FEG rifle, model SA 2000M, caliber 7.62x39, bearing serial number DB4627H, one (1) FEG rifle, model SA 2000M, caliber 7.62x39, bearing serial number DN2173H, one (1) Glock pistol, model 27, caliber .40, bearing serial number FBM230US, one (1) Glock pistol, model 26, caliber 9mm, bearing serial number BWW130US, and one (1) Smith & Wesson pistol, model SW40VE, caliber .40, bearing serial number RAM4539.

*United States of America v. William Rivera Suarez, et al.,*
*Indictment*
*Page 6 of 6*

TRUE BILL

*[signature]*

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

*[signature]*
José A. Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

*[signature]*
Jose Capo-Iriarte
Assistant United States Attorney
Chief, Violent Crimes Unit

*[signature]*
Luke Cass
Assistant United States Attorney

6